UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Latanya Webb<br><br>      Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., et. al.<br><br>      Defendants. | Case No.: 2:23-cv-11946-LJM-CI<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT U.S. SMALL BUSINESS ADMINISTRATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Latanya Webb, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant U.S. Small Business Administration ("SBA") as to all claims in this action, without prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order.  Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

//

//

//

Defendant SBA has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: May 23, 2024             Gale, Angelo, & Johnson, P.C.

By:     */s/ Elliot Gale*
Elliot Gale (Bar # P85770)
egale@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
Telephone: 916-290-7778
Facsimile: 916-282-0771

Attorney for Plaintiff
Latanya Webb